# United States Court of Appeals
## For the First Circuit

No. 06-2506

UNITED STATES OF AMERICA,

Appellee,

v.

MELVIN RICHARDSON,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 8, 2008, is amended as follows:

On Page 13, Line 16, replace "Sates" with "States"